# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ECO-SITE, INC., et al.,

                Plaintiffs,     :     Case No. 3:16-cv-338

                                                  District Judge Thomas M. Rose
     - vs -                                    Magistrate Judge Michael R. Merz

CITY OF HUBER HEIGHTS, OHIO,
 et al.,

                Defendants.     :

## ORDER GRANTING JOINT MOTION FOR STAY

The parties having jointly requested a stay of six months in this action in order to continue to pursue settlement negotiations, and for good cause shown, the motion (ECF No. 20) is GRANTED. The case shall be stayed for a period ending six months from the date of this Order. The parties are instructed to submit monthly status reports demonstrating progress towards a resolution of this matter. If the case is not resolved, this matter will be handled on an expedited basis.

February 24, 2017.

                                                                s/ *Michael R. Merz*
                                                             United States Magistrate Judge